IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01118-BNB

LARRY DARNELL SIMS,

      Plaintiff,

v.

JOE ORTIZ,
PAUL BOGART, #5773,
LT. J. MOFFIT,
RON LEYBA,
NORA KURTZ,
C. SERENA,
TOM BENEZE, and
MAJOR JARAMILLO,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 7 2006

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's request for an extension of time, which he makes in a letter to the court filed on June 26, 2006, is GRANTED as follows: Plaintiff shall have up to and including **August 12, 2006**, to cure the deficiencies in this action.

Dated: June 27, 2006

Copies of this Minute Order mailed on June 27, 2006, to the following:

Larry Darnell Sims
Prisoner No. 49971
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                          Secretary/Deputy Clerk