IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01118-BNB

LARRY DARNELL SIMS,
    Plaintiff,

v.

JOE ORTIZ,
PAUL BOGART, #5773,
LT. J. MOFFIT,
RON LEYBA,
NORA KURTZ,
C. SERENA,
TOM BENEZE, and
MAJOR JARAMILLO,
    Defendants.



FILED
UNITED STATES DISTRICT COURT

NOV - 3 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

In an order filed on September 20, 2006, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the complaint and the action would be dismissed if he failed to pay the filing fee within thirty days.

On October 13, 2006, Plaintiff filed a motion for an extension of time in which he requested an additional 90 to 180 days to pay the filing fee. On October 17, 2006, Magistrate Judge Boyd N. Boland entered a minute order denying the request for an extension of time. On October 26, 2006, Plaintiff filed a document titled "Plaintiff's Reply to the Minute Oder of the Magistrate Judge." In the October 26 reply Plaintiff

asks the Court to dismiss the instant action without prejudice and he states that he will refile this action with the filing fee.

The Court must construe the October 26 reply liberally because Plaintiff is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the October 26 reply liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that "Plaintiff's Reply to the Minute Order of the Magistrate Judge" filed on October 26, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 26, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of _____Nov._____, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01118-BNB

Larry D. Sims Dupont
Prisoner No. 49971
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/3/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk